```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                   SOUTHERN DIVISION at PIKEVILLE
```

|  |  |
|---|---|
| CURTIS HOLBROOK. | ) |
| Plaintiff, | )  Action No. 7:13-CV-114-JMH |
| v. | ) |
|  | )  **JUDGMENT** |
| CAROLYN W. COLVIN COMMISSIONER OF SOCIAL SECURITY | ) |
| Defendant. | ) |

**   **   **   **   **

In accordance with the Court's Memorandum Opinion and Order of even date herewith, **IT IS ORDERED**:

(1) That this matter is **DISMISSED WITHOUT PREJUDICE**;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 16th day of April, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge