UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| CURTIS TYLER HOLBROOK, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>CAROLYN W. COLVIN, ACTING )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>   Defendant. ) | Civil Case No.<br>7:13-cv-114-JMH<br><br>**JUDGMENT** |

\*\*\*

In accordance with the Court's Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) that the decision of the Commissioner in this matter is **REMANDED** to the Social Security Administration for determination of whether Plaintiff's evidence of the Post Office in Langley, Kentucky being flooded and closed provides good cause for untimely filing his request for a hearing and whether Plaintiff received effective notice of the Commissioner's reconsideration decision;

(2) that this matter shall be, and the same hereby is, **DISMISSED** and **STRICKEN FROM THE ACTIVE DOCKET**; and

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 15th day of July, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge